**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael A. Pellegrino** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    **List All of Your PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims against you?**

   ■ No. Go to Part 2.
   ☐ Yes.

**Part 2:**    **List All of Your NONPRIORITY Unsecured Claims**

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|

| 4.1 | **Advocate Good Shepherd Hospital** | Last 4 digits of account number    0115 | $488.04 |
|---|---|---|---|

Nonpriority Creditor's Name
P. O. Box 4248
Carol Stream, IL 60197-4248
Number Street City State Zip Code

When was the debt incurred?    6/16

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical**

Debtor 1   **Michael A. Pellegrino**                                      Case number (if know) _____

| | | | |
|---|---|---|---|

**4.2** | **Advocate Good Shepherd Hospital** | Last 4 digits of account number **3099** | **$172.66**

Nonpriority Creditor's Name
P. O. Box 4248
Carol Stream, IL 60197-4248
Number Street City State Zip Code

When was the debt incurred? **2016**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Medical**

---

**4.3** | **Advocate Good Shepherd Hospital** | Last 4 digits of account number **2411** | **$2,811.41**

Nonpriority Creditor's Name
P. O. Box 4248
Carol Stream, IL 60197-4248
Number Street City State Zip Code

When was the debt incurred? **2016**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Medical**

---

**4.4** | **AMITA Healthcare** | Last 4 digits of account number **9164** | **$3,092.43**

Nonpriority Creditor's Name
22589 Network Place
Chicago, IL 60673-1225
Number Street City State Zip Code

When was the debt incurred? **2017**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Medical**
**Alexian Brothers Medical Center**

---

Debtor 1    Michael A. Pellegrino                                     Case number (if know) _____

---

**4.5** | **Athletico** | Last 4 digits of account number    1320 _____ | **$855.60**

Nonpriority Creditor's Name
**709 Enterprise Dr.**
**Oak Brook, IL 60523-8814**
Number Street City State Zip Code

When was the debt incurred?    2012 _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify    **Medical**

---

**4.6** | **Best Practices Inpatient Care, Ltd.** | Last 4 digits of account number    5821 _____ | **$418.24**

Nonpriority Creditor's Name
**P. O. Box 268**
**Lake Zurich, IL 60047-0268**
Number Street City State Zip Code

When was the debt incurred?    6/16 _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify    **Medical**

---

**4.7** | **Bryce, Downey, Lenkov LLC** | Last 4 digits of account number    0002 _____ | **$7,343.66**

Nonpriority Creditor's Name
**200 N. LaSalle Street**
**Suite 2700**
**Chicago, IL 60601**
Number Street City State Zip Code

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify    **Attorney fees**

---

Debtor 1   **Michael A. Pellegrino**                                    Case number (if know)

---

| 4.8 | **City of Chicago** | Last 4 digits of account number | **0807** | $916.00 |

Nonpriority Creditor's Name

**Emergency Medical Services**          When was the debt incurred?   **4/12/12**
**33589 Treasury Ctr.**
**Chicago, IL 60694-3500**

Number Street City State Zip Code          As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

- ■ Debtor 1 only                         ☐ Contingent
- ☐ Debtor 2 only                         ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only            ☐ Disputed
- ☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
- ☐ **Check if this claim is for a community**   ☐ Student loans
  **debt**
                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims

- ■ No                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes                                   ■ Other. Specify   **Ambulance**

---

| 4.9 | **Creditors Discount & Audit Co.** | Last 4 digits of account number | **7920** | $2,171.00 |

Nonpriority Creditor's Name

**415 E. Main St.**                       When was the debt incurred?   **2016**
**P. O. Box 213**
**Streator, IL 61364-0213**

Number Street City State Zip Code          As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

- ■ Debtor 1 only                         ☐ Contingent
- ☐ Debtor 2 only                         ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only            ☐ Disputed
- ☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
- ☐ **Check if this claim is for a community**   ☐ Student loans
  **debt**
                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims

- ■ No                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
                                          ■ Other. Specify   **Medical**
- ☐ Yes                                    **Radiological Consultants of Woodstock**

---

| 4.1 0 | **Lavely & Singer** | Last 4 digits of account number | **8287** | $70,228.29 |

Nonpriority Creditor's Name

**2049 Century Park East**                When was the debt incurred?   **2017**
**Suite 2400**
**Los Angeles, CA 90067-2906**

Number Street City State Zip Code          As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

- ■ Debtor 1 only                         ☐ Contingent
- ☐ Debtor 2 only                         ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only            ☐ Disputed
- ☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
- ☐ **Check if this claim is for a community**   ☐ Student loans
  **debt**
                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims

- ■ No                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes                                   ■ Other. Specify   **Attorney fees**

---

Debtor 1   Michael A. Pellegrino                                      Case number (if know) _____

| 4.1 1 | **Lincare Inc.** | Last 4 digits of account number | 6228 | | $373.27 |

Nonpriority Creditor's Name
**P. O. Box 105760**
**Atlanta, GA 30348-5760**
Number Street City State Zip Code

When was the debt incurred?   2017

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical**

| 4.1 2 | **Mercy Health System** | Last 4 digits of account number | 6377 | | $1,746.48 |

Nonpriority Creditor's Name
**P. O. Box 5003**
**Janesville, WI 53547-5003**
Number Street City State Zip Code

When was the debt incurred?   2015

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical**

| 4.1 3 | **Michael Hand c/o Law & Stein** | Last 4 digits of account number | | | Unknown |

Nonpriority Creditor's Name
**2601 Main Street**
**Suite 1200**
**Irvine, CA 92614**
Number Street City State Zip Code

When was the debt incurred?   2016

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Loan for business investment**

Debtor 1   Michael A. Pellegrino                                    Case number (if known)

| 4.1 4 | **MiraMed Revenue Group** | Last 4 digits of account number | **5329** | | $1,163.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**Dept. 77304**
**P. O. Box 77000**
**Detroit, MI 48277-0304**

When was the debt incurred?   **10/14/15**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Medical**
  **St. Alexius Medical Center**

| 4.1 5 | **MiraMed Revenue Group** | Last 4 digits of account number | **4472** | | $1,014.66 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**Dept. 77304**
**P. O. Box 77000**
**Detroit, MI 48277-0304**

When was the debt incurred?   **1/16/17**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Medical**
  **Northwestern Medicine**

| 4.1 6 | **Northwest Neurology Ltd.** | Last 4 digits of account number | **5682** | | $490.33 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**22285 Pepper Road**
**Suite 401**
**Barrington, IL 60010-2542**

When was the debt incurred?   **2012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Medical**

Debtor 1    Michael A. Pellegrino

Case number (if know)

---

| | | | |
|---|---|---|---|
| **4.1 7** | **Northwestern Med Fac Foundation** | Last 4 digits of account number **7272** | **$496.29** |

Nonpriority Creditor's Name
**38693 Eagle Way**
**Chicago, IL 60678-1386**
Number Street City State Zip Code

**When was the debt incurred?** **2012**

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ No
☐ Yes

☑ Other. Specify **Medical**

---

| | | | |
|---|---|---|---|
| **4.1 8** | **Northwestern Memorial Hospital** | Last 4 digits of account number **4001** | **$9,785.00** |

Nonpriority Creditor's Name
**P. O. Box 73690**
**Chicago, IL 60673-7690**
Number Street City State Zip Code

**When was the debt incurred?** **1/23/12**

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ No
☐ Yes

☑ Other. Specify **Medical**

---

| | | | |
|---|---|---|---|
| **4.1 9** | **Premier Arlington Heights** | Last 4 digits of account number **0394** | **$363.72** |

Nonpriority Creditor's Name
**P. O. Box 674242**
**Dallas, TX 75267-4242**
Number Street City State Zip Code

**When was the debt incurred?** **2012**

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ No
☐ Yes

☑ Other. Specify **Medical**

---

Debtor 1   **Michael A. Pellegrino**                                    Case number (if know) _____

---

| 4.2 0 | | | |
|---|---|---|---|

**Prescription Partners, LLC**
Nonpriority Creditor's Name
**Post Office Box 166363**
**Miami, FL 33116-6363**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   0868

**When was the debt incurred?**   1/23/12

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medication**

$909.18

---

| 4.2 1 | | | |
|---|---|---|---|

**Regency Medical Center, P.C.**
Nonpriority Creditor's Name
**200 Fox Glen Drive**
**Barrington, IL 60010-1809**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   3265

**When was the debt incurred?**   2015

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical**

$1,830.00

---

| 4.2 2 | | | |
|---|---|---|---|

**Regency Medical Center, P.C.**
Nonpriority Creditor's Name
**200 Fox Glen Drive**
**Barrington, IL 60010-1809**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   3265

**When was the debt incurred?**   2016/2017

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical**

$3,283.98

---

Debtor 1   **Michael A. Pellegrino**                                    Case number (if know) _____

---

| 4.2 3 | **St. Alexius Medical Center** | Last 4 digits of account number | **0160** | **$7,610.90** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**22589 Network Place**
**Chicago, IL 60673-1225**
Number Street City State Zip Code

When was the debt incurred?   **2015**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Medical**

---

| 4.2 4 | **St. Alexius Medical Center** | Last 4 digits of account number | **9191** | **$3,738.94** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: PFS Alexian Assistance Team**
**3040 W. Salt Creek Lane**
**Arlington Heights, IL 60005-1069**
Number Street City State Zip Code

When was the debt incurred?   **8/18/16**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Medical**

---

| 4.2 5 | **St. Joseph Hospital Pl.** | Last 4 digits of account number | **8169** | **$30,561.11** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**2900 N. Lake Shore Drive**
**Chicago, IL 60657-5640**
Number Street City State Zip Code

When was the debt incurred?   **12/18/13**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Medical**

---

Debtor 1   **Michael A. Pellegrino**                                          Case number (if know)

---

| **4.2 6** | **State Collection Service, Inc.** | Last 4 digits of account number | **9467** | | $5,337.45 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**P. O. Box 6250**
**Madison, WI 53716-0250**                              **When was the debt incurred?**   **2017**
Number Street City State Zip Code
**Who incurred the debt?** Check one.                    As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                          □ Contingent
□ Debtor 2 only                                          □ Unliquidated
□ Debtor 1 and Debtor 2 only                             □ Disputed
□ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**
□ **Check if this claim is for a  community**            □ Student loans
**debt**                                                 □ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims
■ No                                                     □ Debts to pension or profit-sharing plans, and other similar debts
□ Yes                                                    ■ Other. Specify   **Medical**
                                                         **Advocate Good Shepherd**

---

| **4.2 7** | **Suburban Orthopaedics LLC** | Last 4 digits of account number | **8452** | | $101.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**                              **When was the debt incurred?**   **5/21/14**
Number Street City State Zip Code
**Who incurred the debt?** Check one.                    As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                          □ Contingent
□ Debtor 2 only                                          □ Unliquidated
□ Debtor 1 and Debtor 2 only                             □ Disputed
□ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**
□ **Check if this claim is for a  community**            □ Student loans
**debt**                                                 □ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims
■ No                                                     □ Debts to pension or profit-sharing plans, and other similar debts
□ Yes                                                    ■ Other. Specify   **Medical**

---

| **4.2 8** | **Suburban Orthopaedics LLC** | Last 4 digits of account number | **8452** | | $2,512.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**1110West Schick Road**
**Bartlett, IL 60103-3007**                              **When was the debt incurred?**   **4/29/14**
Number Street City State Zip Code
**Who incurred the debt?** Check one.                    As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                          □ Contingent
□ Debtor 2 only                                          □ Unliquidated
□ Debtor 1 and Debtor 2 only                             □ Disputed
□ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**
□ **Check if this claim is for a  community**            □ Student loans
**debt**                                                 □ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims
■ No                                                     □ Debts to pension or profit-sharing plans, and other similar debts
□ Yes                                                    ■ Other. Specify   **Medical**

---

Debtor 1  **Michael A. Pellegrino**                                    Case number (if known) _____

---

| 4.2 9 | | | |
|---|---|---|---|

**Suburban Orthopaedics LLC**                 Last 4 digits of account number   **8452** _____          **$640.00**
Nonpriority Creditor's Name
**1110 West Schick Road**                      When was the debt incurred?   **4/16/14**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code             As of the date you file, the claim is: Check all that apply
**Who incurred the debt? Check one.**

■ Debtor 1 only                               ☐ Contingent
☐ Debtor 2 only                               ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                  ☐ Disputed
☐ At least one of the debtors and another     Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims
■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                         ■ Other. Specify  **Medical** _____

---

| 4.3 0 | | | |
|---|---|---|---|

**Suburban Orthopaedics LLC**                 Last 4 digits of account number   **8452** _____          **$571.00**
Nonpriority Creditor's Name
**1110 West Schick Road**                      When was the debt incurred?   **4/16/14**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code             As of the date you file, the claim is: Check all that apply
**Who incurred the debt? Check one.**

■ Debtor 1 only                               ☐ Contingent
☐ Debtor 2 only                               ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                  ☐ Disputed
☐ At least one of the debtors and another     Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims
■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                         ■ Other. Specify  **Medical** _____

---

| 4.3 1 | | | |
|---|---|---|---|

**Suburban Orthopaedics LLC**                 Last 4 digits of account number   **8452** _____          **$241.00**
Nonpriority Creditor's Name
**1110 West Schick Road**                      When was the debt incurred?   **4/16/14**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code             As of the date you file, the claim is: Check all that apply
**Who incurred the debt? Check one.**

■ Debtor 1 only                               ☐ Contingent
☐ Debtor 2 only                               ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                  ☐ Disputed
☐ At least one of the debtors and another     Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims
■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                         ■ Other. Specify  **Medical** _____

---

Debtor 1   Michael A. Pellegrino                                      Case number (if know) _____

---

| | | |
|---|---|---|
| **4.3 2** | **Suburban Orthopaedics LLC** | Last 4 digits of account number  8452 | **$223.00** |

**Suburban Orthopaedics LLC**
Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

When was the debt incurred?   4/16/14

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify   **Medical**

---

| | | |
|---|---|---|
| **4.3 3** | **Suburban Orthopaedics LLC** | Last 4 digits of account number  8452 | **$164.00** |

**Suburban Orthopaedics LLC**
Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

When was the debt incurred?   4/16/14

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify   **Medical**

---

| | | |
|---|---|---|
| **4.3 4** | **Suburban Orthopaedics LLC** | Last 4 digits of account number  8452 | **$138.00** |

**Suburban Orthopaedics LLC**
Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

When was the debt incurred?   4/16/14

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify   **Medical**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor 1    **Michael A. Pellegrino**                                            Case number (if know) _____

| | | |
|---|---|---|
| **4.3 5** | **Suburban Orthopaedics LLC** | Last 4 digits of account number **8452** _____ | **$128.00** |

**4.3 5**

**Suburban Orthopaedics LLC**
Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **8452** _____                    **$128.00**

When was the debt incurred?    **4/16/14**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical**

---

**4.3 6**

**Suburban Orthopaedics LLC**
Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **8452** _____                    **$149.00**

When was the debt incurred?    **3/27/14**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical**

---

**4.3 7**

**Suburban Orthopaedics LLC**
Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **8452** _____                    **$572.00**

When was the debt incurred?    **3/20/14**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical**

Debtor 1    **Michael A. Pellegrino**                                        Case number (if know) _____

---

| | | | |
|---|---|---|---|
| **4.3 8** | **Suburban Orthopaedics LLC** | Last 4 digits of account number   **8452** | **$101.00** |

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?   **3/20/14**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical**

---

| | | | |
|---|---|---|---|
| **4.3 9** | **Suburban Orthopaedics LLC** | Last 4 digits of account number   **8452** | **$101.00** |

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?   **1/27/14**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical**

---

| | | | |
|---|---|---|---|
| **4.4 0** | **Suburban Orthopaedics LLC** | Last 4 digits of account number   **8452** | **$149.00** |

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?   **12/11/13**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical**

---

Debtor 1    Michael A. Pellegrino _____    Case number (if know) _____

| | |
|---|---|

**4.4 1**

**Suburban Orthopaedics LLC**
Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **8452**                                      **$416.00**

When was the debt incurred?    **11/12/13**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Medical**

---

**4.4 2**

**Suburban Orthopaedics LLC**
Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **8452**                                      **$101.00**

When was the debt incurred?    **11/12/13**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Medical**

---

**4.4 3**

**Suburban Orthopaedics LLC**
Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **8452**                                      **$149.00**

When was the debt incurred?    **10/2/13**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Medical**

Debtor 1   **Michael A. Pellegrino**                                          Case number (if know) _____

| 4.4 4 | | | |
|---|---|---|---|

**Suburban Orthopaedics LLC**                     Last 4 digits of account number   **8452**                          $1,256.00

Nonpriority Creditor's Name
**1110 West Schick Road**                          When was the debt incurred?   **9/16/13**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code                  **As of the date you file, the claim is: Check all that apply**

Who incurred the debt? Check one.

■ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a community           ☐ Student loans
debt                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                    report as priority claims

■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify   **Medical**

| 4.4 5 | | | |
|---|---|---|---|

**Suburban Orthopaedics LLC**                     Last 4 digits of account number   **8452**                          $18.00

Nonpriority Creditor's Name
**1110 West Schick Road**                          When was the debt incurred?   **9/16/13**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code                  **As of the date you file, the claim is: Check all that apply**

Who incurred the debt? Check one.

■ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a community           ☐ Student loans
debt                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                    report as priority claims

■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify   **Medical**

| 4.4 6 | | | |
|---|---|---|---|

**Suburban Orthopaedics LLC**                     Last 4 digits of account number   **8452**                          $10.00

Nonpriority Creditor's Name
**1110 West Schick Road**                          When was the debt incurred?   **9/16/13**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code                  **As of the date you file, the claim is: Check all that apply**

Who incurred the debt? Check one.

■ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a community           ☐ Student loans
debt                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                    report as priority claims

■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify   **Medical**

Debtor 1   **Michael A. Pellegrino**                                      Case number (if known) _____

| 4.4 7 | **Suburban Orthopaedics LLC** | Last 4 digits of account number | **8452** | **$640.00** |

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

When was the debt incurred?   **9/12/13**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical**

---

| 4.4 8 | **Suburban Orthopaedics LLC** | Last 4 digits of account number | **8452** | **$571.00** |

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

When was the debt incurred?   **9/12/13**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical**

---

| 4.4 9 | **Suburban Orthopaedics LLC** | Last 4 digits of account number | **8452** | **$241.00** |

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

When was the debt incurred?   **9/12/13**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical**

Debtor 1   **Michael A. Pellegrino**                                        Case number (if know) _____

---

**4.50**

| **Suburban Orthopaedics LLC** | **Last 4 digits of account number** | **8452** | | **$223.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

**When was the debt incurred?**   **9/12/13**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify   **Medical**   _____

---

**4.51**

| **Suburban Orthopaedics LLC** | **Last 4 digits of account number** | **8452** | | **$101.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

**When was the debt incurred?**   **9/3/13**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify   **Medical**   _____

---

**4.52**

| **Suburban Orthopaedics LLC** | **Last 4 digits of account number** | **8452** | | **$416.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

**When was the debt incurred?**   **7/12/13**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify   **Medical**   _____

---

Debtor 1   **Michael A. Pellegrino**                                        Case number (if know) _____

| | | | |
|---|---|---|---|
| **4.5 3** | **Suburban Orthopaedics LLC** | Last 4 digits of account number  **8452** | **$101.00** |

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**              When was the debt incurred?   **7/12/13**
Number Street City State Zip Code

Who incurred the debt? Check one.          As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only                          ☐ Contingent
- ☐ Debtor 2 only                          ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only             ☐ Disputed
- ☐ At least one of the debtors and another   Type of NONPRIORITY unsecured claim:
- ☐ Check if this claim is for a community   ☐ Student loans
  debt                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims
- ■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes                                    ■ Other. Specify  **Medical**

| | | | |
|---|---|---|---|
| **4.5 4** | **Suburban Orthopaedics LLC** | Last 4 digits of account number  **8452** | **$149.00** |

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**              When was the debt incurred?   **6/21/13**
Number Street City State Zip Code

Who incurred the debt? Check one.          As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only                          ☐ Contingent
- ☐ Debtor 2 only                          ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only             ☐ Disputed
- ☐ At least one of the debtors and another   Type of NONPRIORITY unsecured claim:
- ☐ Check if this claim is for a community   ☐ Student loans
  debt                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims
- ■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes                                    ■ Other. Specify  **Medical**

| | | | |
|---|---|---|---|
| **4.5 5** | **Suburban Orthopaedics LLC** | Last 4 digits of account number  **8452** | **$1,685.00** |

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**              When was the debt incurred?   **5/20/13**
Number Street City State Zip Code

Who incurred the debt? Check one.          As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only                          ☐ Contingent
- ☐ Debtor 2 only                          ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only             ☐ Disputed
- ☐ At least one of the debtors and another   Type of NONPRIORITY unsecured claim:
- ☐ Check if this claim is for a community   ☐ Student loans
  debt                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims
- ■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes                                    ■ Other. Specify  **Medical**

Debtor 1   **Michael A. Pellegrino**                          Case number (if known) _____

---

| 4.5 6 | | | |
|---|---|---|---|

**Suburban Orthopaedics LLC**

Nonpriority Creditor's Name

**1110 West Schick Road**
**Bartlett, IL 60103-3007**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

| | |
|---|---|
| Last 4 digits of account number | **8452** |
| When was the debt incurred? | **5/20/13** |

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Medical**

**$706.00**

---

| 4.5 7 | | | |
|---|---|---|---|

**Suburban Orthopaedics LLC**

Nonpriority Creditor's Name

**1110 West Schick Road**
**Bartlett, IL 60103-3007**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

| | |
|---|---|
| Last 4 digits of account number | **8452** |
| When was the debt incurred? | **5/20/13** |

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Medical**

**$706.00**

---

| 4.5 8 | | | |
|---|---|---|---|

**Suburban Orthopaedics LLC**

Nonpriority Creditor's Name

**1110 West Schick Road**
**Bartlett, IL 60103-3007**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

| | |
|---|---|
| Last 4 digits of account number | **8452** |
| When was the debt incurred? | **5/7/13** |

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Medical**

**$149.00**

---

Debtor 1    Michael A. Pellegrino                                    Case number (if know) _____

| 4.5 9 | **Suburban Orthopaedics LLC** | Last 4 digits of account number | 8452 | $1,275.00 |

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

When was the debt incurred?    **5/6/13**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical**

| 4.6 0 | **Suburban Orthopaedics LLC** | Last 4 digits of account number | 8452 | $744.00 |

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

When was the debt incurred?    **5/6/13**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical**

| 4.6 1 | **Suburban Orthopaedics LLC** | Last 4 digits of account number | 8452 | $744.00 |

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

When was the debt incurred?    **5/6/13**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical**

Debtor 1  **Michael A. Pellegrino**                                    Case number (if know) _____

---

| 4.6 2 | **Suburban Orthopaedics LLC** | Last 4 digits of account number  **8452** _____ | **$2.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**

When was the debt incurred?  **5/6/13**

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify  **Medical**

---

| 4.6 3 | **Suburban Orthopaedics LLC** | Last 4 digits of account number  **8452** _____ | **$149.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**

When was the debt incurred?  **5/2/13**

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify  **Medical**

---

| 4.6 4 | **Suburban Orthopaedics LLC** | Last 4 digits of account number  **8452** _____ | **$142.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**

When was the debt incurred?  **4/25/13**

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify  **Medical**

---

Debtor 1    Michael A. Pellegrino _____    Case number (if know) _____

---

| 4.6 5 | **Suburban Orthopaedics LLC** | Last 4 digits of account number    **8452** | **$58.00** |

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

When was the debt incurred?    **4/25/13**

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical**

---

| 4.6 6 | **Suburban Orthopaedics LLC** | Last 4 digits of account number    **8452** | **$142.00** |

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

When was the debt incurred?    **4/24/13**

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical**

---

| 4.6 7 | **Suburban Orthopaedics LLC** | Last 4 digits of account number    **8452** | **$86.00** |

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

When was the debt incurred?    **4/24/13**

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical**

---

Debtor 1   **Michael A. Pellegrino**                                    Case number (if know) _____

---

| 4.6 8 | **Suburban Orthopaedics LLC** | Last 4 digits of account number | 8452 | $64.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   4/24/13

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical**

---

| 4.6 9 | **Suburban Orthopaedics LLC** | Last 4 digits of account number | 8452 | $58.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   4/24/13

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical**

---

| 4.7 0 | **Suburban Orthopaedics LLC** | Last 4 digits of account number | 8452 | $35.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   4/24/13

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1   **Michael A. Pellegrino**                                             Case number (if know) _____

| 4.7 1 | **Suburban Orthopaedics LLC** | Last 4 digits of account number | 8452 | $101.00 |

Nonpriority Creditor's Name

**1110 West Schick Road**
**Bartlett, IL 60103-3007**

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

When was the debt incurred?   4/19/13

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical** _____

---

| 4.7 2 | **Suburban Orthopaedics LLC** | Last 4 digits of account number | 8452 | $1,275.00 |

Nonpriority Creditor's Name

**1110 West Schick Road**
**Bartlett, IL 60103-3007**

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

When was the debt incurred?   4/17/13

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical** _____

---

| 4.7 3 | **Suburban Orthopaedics LLC** | Last 4 digits of account number | 8452 | $744.00 |

Nonpriority Creditor's Name

**1110 West Schick Road**
**Bartlett, IL 60103-3007**

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

When was the debt incurred?   4/17/13

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical** _____

Debtor 1   Michael A. Pellegrino _____   Case number (if know) _____

| 4.7 4 | **Suburban Orthopaedics LLC** | Last 4 digits of account number   8452 _____ | $744.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

When was the debt incurred?   4/17/13

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical** _____

---

| 4.7 5 | **Suburban Orthopaedics LLC** | Last 4 digits of account number   8452 _____ | $36.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

When was the debt incurred?   4/17/13

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical** _____

---

| 4.7 6 | **Suburban Orthopaedics LLC** | Last 4 digits of account number   8452 _____ | $101.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

When was the debt incurred?   4/3/13

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical** _____

---

Debtor 1   **Michael A. Pellegrino**                                     Case number (if know) _____

| 4.7 7 | **Suburban Orthopaedics LLC** | Last 4 digits of account number | **8452** | $142.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1110 West Schick Road**
**Bartlett, IL 60103-3007**

When was the debt incurred?   **3/19/13**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Medical**

---

| 4.7 8 | **Suburban Orthopaedics LLC** | Last 4 digits of account number | **8452** | $64.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1110 West Schick Road**
**Bartlett, IL 60103-3007**

When was the debt incurred?   **3/19/13**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Medical**

---

| 4.7 9 | **Suburban Orthopaedics LLC** | Last 4 digits of account number | **8452** | $58.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1110 West Schick Road**
**Bartlett, IL 60103-3007**

When was the debt incurred?   **3/19/13**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Medical**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    Michael A. Pellegrino                                    Case number (if know) _____

| | | |
|---|---|---|
| **4.8 0** | **Suburban Orthopaedics LLC** | Last 4 digits of account number  **8452** |  **$35.00** |

**Suburban Orthopaedics LLC**
Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  **8452**                          **$35.00**

When was the debt incurred?  **3/19/13**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Medical**

---

**4.8 1**

**Suburban Orthopaedics LLC**
Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  **8452**                          **$1,715.00**

When was the debt incurred?  **3/13/13**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Medical**

---

**4.8 2**

**Suburban Orthopaedics LLC**
Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  **8452**                          **$785.00**

When was the debt incurred?  **3/13/13**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Medical**

---

Debtor 1   Michael A. Pellegrino                                    Case number (if known) _____

| 4.8 3 | **Suburban Orthopaedics LLC** | Last 4 digits of account number | 8452 | $142.00 |

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

When was the debt incurred?   3/12/13

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Medical**

---

| 4.8 4 | **Suburban Orthopaedics LLC** | Last 4 digits of account number | 8452 | $64.00 |

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

When was the debt incurred?   3/12/13

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Medical**

---

| 4.8 5 | **Suburban Orthopaedics LLC** | Last 4 digits of account number | 8452 | $58.00 |

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

When was the debt incurred?   3/12/13

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Medical**

---

Debtor 1   **Michael A. Pellegrino**                         Case number (if know) _____

---

| 4.8 6 | **Suburban Orthopaedics LLC** | Last 4 digits of account number   8452 | $35.00 |

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

When was the debt incurred?   **3/12/13**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical**

---

| 4.8 7 | **Suburban Orthopaedics LLC** | Last 4 digits of account number   8452 | $142.00 |

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

When was the debt incurred?   **3/11/13**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical**

---

| 4.8 8 | **Suburban Orthopaedics LLC** | Last 4 digits of account number   8452 | $86.00 |

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

When was the debt incurred?   **3/11/13**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical**

---

Debtor 1   **Michael A. Pellegrino**                                      Case number (if know) _____

---

| | | |
|---|---|---|
| **4.8 9** | **Suburban Orthopaedics LLC** | Last 4 digits of account number   8452 | $64.00 |

Nonpriority Creditor's Name
**1110 West Schick Road
Bartlett, IL 60103-3007**          When was the debt incurred?   3/11/13
Number Street City State Zip Code
**Who incurred the debt? Check one.**                    As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                        ☐ Contingent
☐ Debtor 2 only                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only           ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**    ☐ Student loans
**debt**                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**         report as priority claims
■ No                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                  ■ Other. Specify   **Medical**

---

| | | |
|---|---|---|
| **4.9 0** | **Suburban Orthopaedics LLC** | Last 4 digits of account number   8452 | $58.00 |

Nonpriority Creditor's Name
**1110 West Schick Road
Bartlett, IL 60103-3007**          When was the debt incurred?   3/11/13
Number Street City State Zip Code
**Who incurred the debt? Check one.**                    As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                        ☐ Contingent
☐ Debtor 2 only                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only           ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**    ☐ Student loans
**debt**                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**         report as priority claims
■ No                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                  ■ Other. Specify   **Medical**

---

| | | |
|---|---|---|
| **4.9 1** | **Suburban Orthopaedics LLC** | Last 4 digits of account number   8452 | $142.00 |

Nonpriority Creditor's Name
**1110 West Schick Road
Bartlett, IL 60103-3007**          When was the debt incurred?   3/1/13
Number Street City State Zip Code
**Who incurred the debt? Check one.**                    As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                        ☐ Contingent
☐ Debtor 2 only                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only           ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**    ☐ Student loans
**debt**                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**         report as priority claims
■ No                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                  ■ Other. Specify   **Medical**

---

Debtor 1   **Michael A. Pellegrino**                                          Case number (if know) _____

---

| 4.9 2 | **Suburban Orthopaedics LLC** | Last 4 digits of account number | 8452 | $64.00 |
|---|---|---|---|---|

| | |
|---|---|
| Nonpriority Creditor's Name | |
| **1110 West Schick Road** | When was the debt incurred?   **3/1/13** |
| **Bartlett, IL 60103-3007** | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |
| **Who incurred the debt?** Check one. | |
| ■ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed |
| ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** |
| ☐ **Check if this claim is for a community debt** | ☐ Student loans |
| | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| **Is the claim subject to offset?** | |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify   **Medical** |

---

| 4.9 3 | **Suburban Orthopaedics LLC** | Last 4 digits of account number | 8452 | $58.00 |
|---|---|---|---|---|

| | |
|---|---|
| Nonpriority Creditor's Name | |
| **1110 West Schick Road** | When was the debt incurred?   **3/1/13** |
| **Bartlett, IL 60103-3007** | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |
| **Who incurred the debt?** Check one. | |
| ■ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed |
| ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** |
| ☐ **Check if this claim is for a community debt** | ☐ Student loans |
| | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| **Is the claim subject to offset?** | |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify   **Medical** |

---

| 4.9 4 | **Suburban Orthopaedics LLC** | Last 4 digits of account number | 8452 | $35.00 |
|---|---|---|---|---|

| | |
|---|---|
| Nonpriority Creditor's Name | |
| **1110 West Schick Road** | When was the debt incurred?   **3/1/13** |
| **Bartlett, IL 60103-3007** | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |
| **Who incurred the debt?** Check one. | |
| ■ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed |
| ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** |
| ☐ **Check if this claim is for a community debt** | ☐ Student loans |
| | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| **Is the claim subject to offset?** | |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify   _____ |

---

Debtor 1  Michael A. Pellegrino                                    Case number (if known) _____

---

**4.95**

**Suburban Orthopaedics LLC**                Last 4 digits of account number    8452                        $257.00
Nonpriority Creditor's Name
**1110 West Schick Road**                    When was the debt incurred?    2/27/13
**Bartlett, IL 60103-3007**
Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply
**Who incurred the debt? Check one.**
■ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**  ☐ Student loans
**debt**                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims
■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                        ■ Other. Specify  **Medical**

---

**4.96**

**Suburban Orthopaedics LLC**                Last 4 digits of account number    8452                        $101.00
Nonpriority Creditor's Name
**1110 West Schick Road**                    When was the debt incurred?    2/27/13
**Bartlett, IL 60103-3007**
Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply
**Who incurred the debt? Check one.**
■ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**  ☐ Student loans
**debt**                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims
■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                        ■ Other. Specify  **Medical**

---

**4.97**

**Suburban Orthopaedics LLC**                Last 4 digits of account number    8452                        $20.00
Nonpriority Creditor's Name
**1110 West Schick Road**                    When was the debt incurred?    2/27/13
**Bartlett, IL 60103-3007**
Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply
**Who incurred the debt? Check one.**
■ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**  ☐ Student loans
**debt**                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims
■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                        ■ Other. Specify  **Medical**

---

Debtor 1   **Michael A. Pellegrino**                                        Case number *(if know)*

---

| 4.9 8 | | | |
|---|---|---|---|

**Suburban Orthopaedics LLC**
Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

Last 4 digits of account number   **8452**

When was the debt incurred?   **2/25/13**

$1,275.00

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.9 9 | | | |
|---|---|---|---|

**Suburban Orthopaedics LLC**
Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

Last 4 digits of account number   **8452**

When was the debt incurred?   **2/25/13**

$956.00

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical**

---

| 4.1 00 | | | |
|---|---|---|---|

**Suburban Orthopaedics LLC**
Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

Last 4 digits of account number   **8452**

When was the debt incurred?   **2/25/13**

$956.00

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical**

---

Debtor 1   **Michael A. Pellegrino**                                          Case number (if know) _____

| | | |
|---|---|---|
| **4.1 01** | **Suburban Orthopaedics LLC** | Last 4 digits of account number  **8452** | **$18.00** |

**4.1 01**  **Suburban Orthopaedics LLC**
Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

Last 4 digits of account number  **8452**                     $18.00

When was the debt incurred?  **2/25/13**

Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?
■ No
☐ Yes

■ Other. Specify  **Medical**

---

**4.1 02**  **Suburban Orthopaedics LLC**
Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

Last 4 digits of account number  **8452**                     $142.00

When was the debt incurred?  **2/18/13**

Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?
■ No
☐ Yes

■ Other. Specify  **Medical**

---

**4.1 03**  **Suburban Orthopaedics LLC**
Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

Last 4 digits of account number  **8452**                     $64.00

When was the debt incurred?  **2/18/13**

Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?
■ No
☐ Yes

■ Other. Specify  **Medical**

Debtor 1    Michael A. Pellegrino                                   Case number (if known) _____

---

| 4.1 04 | | | |
|---|---|---|---|

**Suburban Orthopaedics LLC**
Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    8452                     $58.00

When was the debt incurred?    2/18/13

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical**

---

| 4.1 05 | | | |
|---|---|---|---|

**Suburban Orthopaedics LLC**
Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    8452                     $142.00

When was the debt incurred?    2/15/13

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical**

---

| 4.1 06 | | | |
|---|---|---|---|

**Suburban Orthopaedics LLC**
Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    8452                     $64.00

When was the debt incurred?    2/15/13

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical**

---

Debtor 1    **Michael A. Pellegrino**                                    Case number (if known) _____

---

| 4.1 07 | **Suburban Orthopaedics LLC** | Last 4 digits of account number    8452 | $58.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

When was the debt incurred?    2/15/13

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No
☐ Yes

☑ Other. Specify    **Medical**

---

| 4.1 08 | **Suburban Orthopaedics LLC** | Last 4 digits of account number    8452 | $35.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

When was the debt incurred?    2/15/13

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No
☐ Yes

☑ Other. Specify    **Medical**

---

| 4.1 09 | **Suburban Orthopaedics LLC** | Last 4 digits of account number    8452 | $101.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

When was the debt incurred?    2/12/13

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No
☐ Yes

☑ Other. Specify    **Medical**

---

Debtor 1   **Michael A. Pellegrino**                                 Case number (if know) _____

---

| 4.1 10 | **Suburban Orthopaedics LLC** | Last 4 digits of account number | **8452** | | $142.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

When was the debt incurred?   **2/11/13**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- □ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- □ Yes

- □ Contingent
- □ Unliquidated
- □ Disputed

**Type of NONPRIORITY unsecured claim:**
- □ Student loans
- □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- □ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Medical**

---

| 4.1 11 | **Suburban Orthopaedics LLC** | Last 4 digits of account number | **8452** | | $64.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

When was the debt incurred?   **2/11/13**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- □ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- □ Yes

- □ Contingent
- □ Unliquidated
- □ Disputed

**Type of NONPRIORITY unsecured claim:**
- □ Student loans
- □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- □ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Medical**

---

| 4.1 12 | **Suburban Orthopaedics LLC** | Last 4 digits of account number | **8452** | | $58.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

When was the debt incurred?   **2/11/13**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- □ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- □ Yes

- □ Contingent
- □ Unliquidated
- □ Disputed

**Type of NONPRIORITY unsecured claim:**
- □ Student loans
- □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- □ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Medical**

---

Debtor 1 **Michael A. Pellegrino**                     Case number (if know) _____

---

| 4.1 13 | **Suburban Orthopaedics LLC** | | | $35.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 8452

**When was the debt incurred?** 2/11/13

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Medical**

---

| 4.1 14 | **Suburban Orthopaedics LLC** | | | $142.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 8452

**When was the debt incurred?** 2/8/13

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Medical**

---

| 4.1 15 | **Suburban Orthopaedics LLC** | | | $64.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 8452

**When was the debt incurred?** 2/8/13

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Medical**

---

Debtor 1   **Michael A. Pellegrino**                          Case number (if know) _____

---

| 4.1 16 | **Suburban Orthopaedics LLC** | Last 4 digits of account number | **8452** | $58.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

When was the debt incurred?   **2/8/13**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical**

---

| 4.1 17 | **Suburban Orthopaedics LLC** | Last 4 digits of account number | **8452** | $35.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

When was the debt incurred?   **2/8/13**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical**

---

| 4.1 18 | **Suburban Orthopaedics LLC** | Last 4 digits of account number | **8452** | $172.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

When was the debt incurred?   **2/5/13**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical**

---

Debtor 1   **Michael A. Pellegrino**                                    Case number (if know) _____

| | | |
|---|---|---|
| **4.1 19** | **Suburban Orthopaedics LLC** | **$71.00** |

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   8452

**When was the debt incurred?**   2/5/13

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical**

---

| | | |
|---|---|---|
| **4.1 20** | **Suburban Orthopaedics LLC** | **$64.00** |

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   8452

**When was the debt incurred?**   2/5/13

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical**

---

| | | |
|---|---|---|
| **4.1 21** | **Suburban Orthopaedics LLC** | **$58.00** |

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   8452

**When was the debt incurred?**   2/5/13

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical**

---

Debtor 1    **Michael A. Pellegrino**                                    Case number (if know) _____

| | | | |
|---|---|---|---|
| **4.1 22** | **Suburban Orthopaedics LLC** | Last 4 digits of account number __8452__ | $223.00 |

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**          When was the debt incurred?    __1/23/13__
Number Street City State Zip Code
**Who incurred the debt?** Check one.          As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims
■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                        ■ Other. Specify    **Medical**

| | | | |
|---|---|---|---|
| **4.1 23** | **Suburban Orthopaedics LLC** | Last 4 digits of account number __8452__ | $2,703.00 |

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**          When was the debt incurred?    __1/14/13__
Number Street City State Zip Code
**Who incurred the debt?** Check one.          As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims
■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                        ■ Other. Specify    **Medical**

| | | | |
|---|---|---|---|
| **4.1 24** | **Suburban Orthopaedics LLC** | Last 4 digits of account number __8452__ | $810.00 |

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**          When was the debt incurred?    __1/14/13__
Number Street City State Zip Code
**Who incurred the debt?** Check one.          As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims
■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                        ■ Other. Specify    **Medical**

Debtor 1   **Michael A. Pellegrino**                                    Case number (if know) _____

| | | | |
|---|---|---|---|
| **4.1 25** | **Suburban Orthopaedics LLC** | Last 4 digits of account number   **8452** | **$640.00** |

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**                     When was the debt incurred?   **1/10/13**
Number Street City State Zip Code
**Who incurred the debt? Check one.**           **As of the date you file, the claim is: Check all that apply**

■ Debtor 1 only                                 ☐ Contingent
☐ Debtor 2 only                                 ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☐ Disputed
☐ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**    ☐ Student loans
**debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                           ■ Other. Specify   **Medical**

| | | | |
|---|---|---|---|
| **4.1 26** | **Suburban Orthopaedics LLC** | Last 4 digits of account number   **8452** | **$571.00** |

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**                     When was the debt incurred?   **1/10/13**
Number Street City State Zip Code
**Who incurred the debt? Check one.**           **As of the date you file, the claim is: Check all that apply**

■ Debtor 1 only                                 ☐ Contingent
☐ Debtor 2 only                                 ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☐ Disputed
☐ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**    ☐ Student loans
**debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                           ■ Other. Specify   **Medical**

| | | | |
|---|---|---|---|
| **4.1 27** | **Suburban Orthopaedics LLC** | Last 4 digits of account number   **8452** | **$241.00** |

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**                     When was the debt incurred?   **1/10/13**
Number Street City State Zip Code
**Who incurred the debt? Check one.**           **As of the date you file, the claim is: Check all that apply**

■ Debtor 1 only                                 ☐ Contingent
☐ Debtor 2 only                                 ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☐ Disputed
☐ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**    ☐ Student loans
**debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                           ■ Other. Specify   **Medical**

Debtor 1   **Michael A. Pellegrino**                     Case number (if know) _____

| | | |
|---|---|---|
| **4.1 28** | **Suburban Orthopaedics LLC** | $223.00 |

**Suburban Orthopaedics LLC**
Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number**   8452

**When was the debt incurred?**   1/10/13

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Medical**

---

| | | |
|---|---|---|
| **4.1 29** | **Suburban Orthopaedics LLC** | $164.00 |

**Suburban Orthopaedics LLC**
Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number**   8452

**When was the debt incurred?**   1/10/13

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Medical**

---

| | | |
|---|---|---|
| **4.1 30** | **Suburban Orthopaedics LLC** | $138.00 |

**Suburban Orthopaedics LLC**
Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number**   8452

**When was the debt incurred?**   1/10/13

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Medical**

---

Debtor 1   **Michael A. Pellegrino**          Case number (if know) _____

---

**4.1 31**

**Suburban Orthopaedics LLC**      Last 4 digits of account number   8452        $128.00

Nonpriority Creditor's Name

**1110 West Schick Road**
**Bartlett, IL 60103-3007**      When was the debt incurred?   1/10/13

Number Street City State Zip Code

**Who incurred the debt? Check one.**      **As of the date you file, the claim is: Check all that apply**

- ■ Debtor 1 only      ☐ Contingent
- ☐ Debtor 2 only      ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only      ☐ Disputed
- ☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
- ☐ **Check if this claim is for a community debt**      ☐ Student loans
       ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No      ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes      ■ Other. Specify   **Medical**

---

**4.1 32**

**Suburban Orthopaedics LLC**      Last 4 digits of account number   8452        $1,874.00

Nonpriority Creditor's Name

**1110 West Schick Road**
**Bartlett, IL 60103-3007**      When was the debt incurred?   1/3/13

Number Street City State Zip Code

**Who incurred the debt? Check one.**      **As of the date you file, the claim is: Check all that apply**

- ■ Debtor 1 only      ☐ Contingent
- ☐ Debtor 2 only      ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only      ☐ Disputed
- ☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
- ☐ **Check if this claim is for a community debt**      ☐ Student loans
       ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No      ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes      ■ Other. Specify   **Medical**

---

**4.1 33**

**Suburban Orthopaedics LLC**      Last 4 digits of account number   8452        $1,275.00

Nonpriority Creditor's Name

**1110 West Schick Road**
**Bartlett, IL 60103-3007**      When was the debt incurred?   12/31/12

Number Street City State Zip Code

**Who incurred the debt? Check one.**      **As of the date you file, the claim is: Check all that apply**

- ■ Debtor 1 only      ☐ Contingent
- ☐ Debtor 2 only      ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only      ☐ Disputed
- ☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
- ☐ **Check if this claim is for a community debt**      ☐ Student loans
       ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No      ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes      ■ Other. Specify   **Medical**

---

Debtor 1   **Michael A. Pellegrino**                                   Case number (if know) _____

---

| 4.1 34 | | | |
|---|---|---|---|

**Suburban Orthopaedics LLC**                    Last 4 digits of account number  **8452**                    **$956.00**

Nonpriority Creditor's Name
**1110 West Schick Road**                         When was the debt incurred?  **12/31/12**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code
Who incurred the debt? Check one.               **As of the date you file, the claim is: Check all that apply**

■ Debtor 1 only                                  ☐ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ☐ Disputed
☐ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a  community        ☐ Student loans
debt                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                  report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ■ Other. Specify  **Medical**

---

| 4.1 35 | | | |
|---|---|---|---|

**Suburban Orthopaedics LLC**                    Last 4 digits of account number  **8452**                    **$956.00**

Nonpriority Creditor's Name
**1110 West Schick Road**                         When was the debt incurred?  **12/31/12**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code
Who incurred the debt? Check one.               **As of the date you file, the claim is: Check all that apply**

■ Debtor 1 only                                  ☐ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ☐ Disputed
☐ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a  community        ☐ Student loans
debt                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                  report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ■ Other. Specify  **Medical**

---

| 4.1 36 | | | |
|---|---|---|---|

**Suburban Orthopaedics LLC**                    Last 4 digits of account number  **8452**                    **$18.00**

Nonpriority Creditor's Name
**1110 West Schick Road**                         When was the debt incurred?  **12/31/12**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code
Who incurred the debt? Check one.               **As of the date you file, the claim is: Check all that apply**

■ Debtor 1 only                                  ☐ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ☐ Disputed
☐ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a  community        ☐ Student loans
debt                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                  report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ■ Other. Specify  **Medical**

---

Debtor 1    Michael A. Pellegrino                                    Case number (if known) _____

| 4.1 37 | **Suburban Orthopaedics LLC** | Last 4 digits of account number    8452 | $429.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

When was the debt incurred?    **12/12/12**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Medical**

| 4.1 38 | **Suburban Orthopaedics LLC** | Last 4 digits of account number    8452 | $164.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

When was the debt incurred?    **12/12/12**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Medical**

| 4.1 39 | **Suburban Orthopaedics LLC** | Last 4 digits of account number    8452 | $138.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

When was the debt incurred?    **12/12/12**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Medical**

Debtor 1   **Michael A. Pellegrino**                                    Case number *(if known)* _____

| 4.1 40 | **Suburban Orthopaedics LLC** | Last 4 digits of account number   **8452** | **$128.00** |

Nonpriority Creditor's Name

**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred?   **12/12/12**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical**

---

| 4.1 41 | **Suburban Orthopaedics LLC** | Last 4 digits of account number   **8452** | **$149.00** |

Nonpriority Creditor's Name

**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred?   **12/5/12**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical**

---

| 4.1 42 | **Suburban Orthopaedics LLC** | Last 4 digits of account number   **8452** | **$1,256.00** |

Nonpriority Creditor's Name

**1110 West Schick Road**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred?   **11/21/12**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical**

---

Debtor 1   **Michael A. Pellegrino**                                                 Case number (if know)

---

| 4.1 43 | | | |
|---|---|---|---|

**Suburban Orthopaedics LLC**                    Last 4 digits of account number    **8452**                            $1,256.00

Nonpriority Creditor's Name
**1110 West Schick Road**                         **When was the debt incurred?**    **11/21/12**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

Who incurred the debt? Check one.                 As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                   ☐ Contingent
☐ Debtor 2 only                                   ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                      ☐ Disputed
☐ At least one of the debtors and another         Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community          ☐ Student loans
debt                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                   report as priority claims
■ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                             ■ Other. Specify  **Medical**

---

| 4.1 44 | | | |
|---|---|---|---|

**Suburban Orthopaedics LLC**                    Last 4 digits of account number    **8452**                            $18.00

Nonpriority Creditor's Name
**1110 West Schick Road**                         **When was the debt incurred?**    **11/21/12**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

Who incurred the debt? Check one.                 As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                   ☐ Contingent
☐ Debtor 2 only                                   ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                      ☐ Disputed
☐ At least one of the debtors and another         Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community          ☐ Student loans
debt                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                   report as priority claims
■ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                             ■ Other. Specify  **Medical**

---

| 4.1 45 | | | |
|---|---|---|---|

**Suburban Orthopaedics LLC**                    Last 4 digits of account number    **8452**                            $10.00

Nonpriority Creditor's Name
**1110 West Schick Road**                         **When was the debt incurred?**    **11/21/12**
**Bartlett, IL 60103-3007**
Number Street City State Zip Code

Who incurred the debt? Check one.                 As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                   ☐ Contingent
☐ Debtor 2 only                                   ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                      ☐ Disputed
☐ At least one of the debtors and another         Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community          ☐ Student loans
debt                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                   report as priority claims
■ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                             ■ Other. Specify  **Medical**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

Debtor 1    Michael A. Pellegrino                                    Case number (if know) _____

---

**4.1 46**

**Suburban Orthopaedics LLC**                          Last 4 digits of account number    8452                          $149.00
Nonpriority Creditor's Name
**1110 West Schick Road**                              When was the debt incurred?    11/14/12
**Bartlett, IL 60103-3007**
Number Street City State Zip Code                      As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                        ☐ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ☐ Disputed
☐ At least one of the debtors and another              Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community              ☐ Student loans
debt                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                        report as priority claims
■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                  ■ Other. Specify    Medical

---

**4.1 47**

**Suburban Orthopaedics LLC**                          Last 4 digits of account number    8452                          $1,542.00
Nonpriority Creditor's Name
**1110 West Schick Road**                              When was the debt incurred?    11/5/12
**Bartlett, IL 60103-3007**
Number Street City State Zip Code                      As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                        ☐ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ☐ Disputed
☐ At least one of the debtors and another              Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community              ☐ Student loans
debt                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                        report as priority claims
■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                  ■ Other. Specify    Medical

---

**4.1 48**

**Suburban Orthopaedics LLC**                          Last 4 digits of account number    8452                          $715.00
Nonpriority Creditor's Name
**1110 West Schick Road**                              When was the debt incurred?    11/5/12
**Bartlett, IL 60103-3007**
Number Street City State Zip Code                      As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                        ☐ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ☐ Disputed
☐ At least one of the debtors and another              Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community              ☐ Student loans
debt                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                        report as priority claims
■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                  ■ Other. Specify    Medical

---