UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 18-8362
MICHAEL A. PELLEGRINO, )
)
) Chapter: 7
)
) Honorable LaShonda A. Hunt
)
) SELECT IF OUTLYING AREA
Debtor(s) )

## ORDER GRANTING ROUTINE MOTION FOR RULE 2004 EXAMINATION

This cause coming on to be heard on the motion of Michael Hand ("Hand"), a creditor herein, to conduct an examination of and obtain documents from the individuals and entities listed on Exhibit A attached hereto, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Section 105(a) of Title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9013-9 of the Local Rule of the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules"), due notice having been given, the Court being advised in the premises and the Court finding sufficient cause to grant the motion.

IT IS HEREBY ORDERED:

a. The motion is granted;

b. Michael Hand be, and he hereby is authorized, but not directed, pursuant to Bankruptcy Rule 2004, at a date and time specified by Hand to:

(i) conduct the examination of and obtain documents from the individuals and entities identified on Exhibit A attached to this Order; and,

(ii) issue subpoenas as necessary to effectuate these examinations and document productions.

Enter: *LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: **18 JUL 2018**

**Prepared by:**
Richard H. Fimoff (804886)
Robbins, Salomon & Patt, Ltd.
180 N. LaSalle St.
Suite 3300
Chicago, IL 60601
312-782-9000
312-782-6690 (fax)
rfimoff@rsplaw.com

# EXHIBIT A

## TO ORDER GRANTING MICHAEL HAND'S

## ROUTINE MOTION FOR RULE 2004 EXAMINATION

Parties to be examined:

1. Carol A. Pellegrino
2. Sherry Lynn D'Agostino
3. MPSDRE, LLC.
4. Lawrence Hyman & Associates
5. Bay Point Capital Partners, L.P.
6. Carol Pellegrino Trust

155732102