UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 18-08362 |
| MICHAEL A. PELLEGRINO, ) | | |
| ) | Chapter: | 7 |
| ) | Honorable LaShonda Hunt | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

# ORDER COMPELLING MICHAEL A. PELLEGRINO
# TO COMPLY WITH DISCOVERY

This cause coming on to be heard on the Motion of Michael Hand ("Hand") for the entry of an Order compelling Michael A. Pellegrino ("Pellegrino" or "Debtor"), debtor herein, to comply with discovery (the "Motion"), due notice having been given and Pellegrino failed to appear at the September 6, 2018 hearing, the Court having considered the Motion, the record of the case and statements of counsel in support of the Motion and otherwise being fully advised in the Premises:

IT IS HEREBY ORDERED:

A. The Motion is granted;

B. Michael A. Pellegrino, be and he hereby is directed to respond to Hand's First Request for Production on or before October 4, 2018;

C. This matter is continued to October 25, 2018 at 10:00 a.m., for status on Pellegrino's compliance with this Order.

Enter:

*/s/ LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: September 06, 2018

**Prepared by:**

Richard H. Fimoff (804886)
Robbins, Salomon & Patt, Ltd.
180 N. LaSalle Street, Suite 3300
Chicago, Illinois  60601
312-456-0185
rfimoff@rsplaw.com